IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEAN F. CHAVEZ, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:09cv996-MHT |
| | ) | (WO) |
| ALLIANCEONE RECEIVABLES | ) | |
| MANAGEMENT, INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 24), it is the ORDER, JUDGMENT, and DECREE of the court that defendant AllianceOne Receivables Management, Inc., and the claims against it are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of May, 2010.

                           /s/ Myron H. Thompson  
                        UNITED STATES DISTRICT JUDGE