IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEAN F. CHAVEZ,

    Plaintiff,

v.                                            CV- 2:09-CV-996-MHT-SRW

NCO FINANCIAL SYSTEMS, INC.,
Et al.

    Defendants.

### DEFENDANT INGRAM LAW OFFICES, LLC'S
### OFFER OF JUDGMENT PURSUANT TO
### RULE 68, FED. R. Civil P.

INGRAM LAW OFFICES, LLC, ("INGRAM"), by and through its undersigned counsel and pursuant to the Fed. R. Civil P. 68 of the Federal Rules of Civil Procedure, hereby submits this Offer of Judgment of One Thousand Five Hundred Dollars ($1,500).

Respectfully submitted this 6th day of May, 2010.

                                                  /s/ Angie H. Ingram
                                                  Angie H. Ingram, ING023
                                                  Attorney for Ingram Law Offices, LLC

OF COUNSEL:
INGRAM LAW OFFICES, LLC
P. O. Box 59729
Birmingham, AL  35259
(205) 945-2202

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2010, the foregoing was sent via email and/or U.S. Mail, postage prepaid to the following:

C. Knox McLaney, III
McLaney & Associates
509 South Court Street
Montgomery, AL  36104

John W. Sharbrough, III
The Sharbrough Law Firm
75A Saint Michael Street
Mobile, AL  36601

Laura C. Nettles
Lloyd, Gray, Whitehead & Monroe, P.C.
2501 20th Place South, Suite 300
Birmingham, AL  35223

Alan D. Leeth
R. Frank Springfield
Zachary D. Miller
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEAN F. CHAVEZ,

    Plaintiff,

v.                                                     CV- 2:09-CV-996-MHT-SRW

NCO FINANCIAL SYSTEMS, INC.,
Et al.

    Defendants.

## DEFENDANT INGRAM LAW OFFICES, LLC'S RESPONSE TO PLAINTIFF'S SECOND SET OF REQUEST FOR ADMISSIONS

INGRAM LAW OFFICES, LLC, ("INGRAM"), by and through its undersigned counsel and pursuant to the Fed. R. Civil P. 3, 34 and 36 of the Federal Rules of Civil Procedure, hereby responds to the Plaintiff's Second Set of Request for Admissions Under Rule 36, as follows:

## RESPONSES TO REQUEST FOR ADMISSION

1.     Admitted.

2.     Admitted.

3.     This request for admission does not pertain to Ingram. Therefore, it is denied.

4.     Admitted.

5.     This request for admission does not pertain to Ingram. Therefore, it is denied.

6.     This request for admission does not pertain to Ingram. Therefore, it is denied.

7. This request for admission does not pertain to Ingram. Therefore, it is denied.

8. Admitted.

9. Admitted.

10. Denied.

11. Admitted.

12. This request for admission does not pertain to Ingram. Therefore, it is denied.

13. This request for admission does not pertain to Ingram. Therefore, it is denied.

14. This request for admission does not pertain to Ingram. Therefore, it is denied.

Respectfully submitted this 6th day of May, 2010.

_____
Angie H. Ingram, ING023
Attorney for Ingram Law Offices, LLC

OF COUNSEL:
INGRAM LAW OFFICES, LLC
P. O. Box 59729
Birmingham, AL 35259
(205) 945-2202

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2010, the foregoing was sent via email and/or U.S. Mail, postage prepaid to the following:

C. Knox McLaney, III
McLaney & Associates
509 South Court Street
Montgomery, AL 36104

John W. Sharbrough, III
The Sharbrough Law Firm
75A Saint Michael Street
Mobile, AL 36601

Laura C. Nettles
Lloyd, Gray, Whitehead & Monroe, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35223

Alan D. Leeth
R. Frank Springfield
Zachary D. Miller
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEAN F. CHAVEZ,

    Plaintiff,

v.                                       CV- 2:09-CV-996-MHT-SRW

NCO FINANCIAL SYSTEMS, INC.,
Et al.

    Defendants.

### DEFENDANT INGRAM LAW OFFICES, LLC'S
### RESPONSE TO PLAINTIFF'S
### REQUEST FOR PRODUCTION

INGRAM LAW OFFICES, LLC, ("INGRAM"), by and through its undersigned counsel, and pursuant to the Fed. R. Civil P. 3 and 34 of the Federal Rules of Civil Procedure, hereby responds to the Plaintiff's Request for Production of Documents, as follows:

### RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

1. This request does not pertain to Ingram.

2. Already produced.

Respectfully submitted this 6th day of May, 2010.

_____
Angie H. Ingram, ING023
Attorney for Ingram Law Offices, LLC

OF COUNSEL:
INGRAM LAW OFFICES, LLC
P. O. Box 59729
Birmingham, AL  35259
(205) 945-2202

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2010, the foregoing was sent via email and/or U.S. Mail, postage prepaid to the following:

C. Knox McLaney, III
McLaney & Associates
509 South Court Street
Montgomery, AL 36104

John W. Sharbrough, III
The Sharbrough Law Firm
75A Saint Michael Street
Mobile, AL 36601

Laura C. Nettles
Lloyd, Gray, Whitehead & Monroe, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35223

Alan D. Leeth
R. Frank Springfield
Zachary D. Miller
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

_____
OF COUNSEL