IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEAN F. CHAVEZ, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:09cv996-MHT |
| ) | (WO) |
| ALLIANCEONE RECEIVABLES ) | |
| MANAGEMENT, INC., et al., ) | |
| ) | |
|    Defendants. ) | |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the parties' motion to dismiss  (doc. no. 42) is granted and that this case is dismissed in its entirety. The dismissal is with prejudice 30 days after entry of this judgment unless one or more of the parties move the court to set aside this dismissal.  The parties will bear their own costs and attorneys' fees.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 10th day of August, 2010.**

                                      <u>/s/ Myron H. Thompson</u>
                                      **UNITED STATES DISTRICT JUDGE**